# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-3342

_____

Charles N. Ivey

*Plaintiff - Appellant*

v.

Nancy A. Berryhill,[1] Acting Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Harrison

_____

Submitted: April 3, 2017
Filed: July 5, 2017
[Unpublished]

_____

Before SHEPHERD, MURPHY, and KELLY, Circuit Judges.

_____

PER CURIAM.

_____

[1]Nancy A. Berryhill has been appointed to serve as Acting Commissioner of
Social Security, and is substituted as appellee pursuant to Federal Rule of Appellate
Procedure 43(c).

Charles N. Ivey appeals the order of the district court[2] affirming the Commissioner's determination that he is not entitled to disability insurance benefits and supplemental security income, after his hearing before an administrative law judge. Upon de novo review, see Lott v. Colvin, 772 F.3d 546, 548-49 (8th Cir. 2014), we are satisfied that the decision is supported by substantial evidence on the record as a whole. The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

[2]The Honorable Erin Setser, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).